GARY M. RESTAINO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
VINCENT J. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
      vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED
2023 MAY 17 PM 1:02
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Kwadwo Badu Boateng <br> AKA Dada Joe Remix, <br><br> Defendant. | CR23-00695 TUC-SHR(LCK) <br><br> MOTION TO SEAL INDICTMENT <br><br> (UNDER SEAL) |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant is a fugitive. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 17th day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

JONATHAN B. GRANOFF
VINCENT J. SOTTOSANTI
Assistant U.S. Attorneys