GARY M. RESTAINO
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
VINCENT J. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jonathan.Granoff@usdoj.gov
      Vincent.Sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2023 MAY 17  PM 1: 10

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00695 TUC-SHR(LCK)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
|         Plaintiff, | Violations: |
| vs. | 18 U.S.C.§ 1349<br>(Conspiracy to Commit Wire Fraud)<br>Count 1 |
| Joseph Kwadwo Badu Boateng, | |
| A.K.A. Dada Joe Remix, | 18 U.S.C. § 1956(h)<br>(Conspiracy to Commit Money<br>Laundering)<br>Count 2 |
|         Defendant. | |
| | Forfeiture Allegation<br>18 U.S.C. §981(a)(1)(C)<br>18 U.S.C. §982(a)(1)<br>28 U.S.C. §2461(c) |

**THE GRAND JURY CHARGES:**

SEALED

### COUNT 1

### Conspiracy to Commit Wire Fraud

### [18 U.S.C. § 1349]

1.    From a time unknown, but at least from 2013 through March, 2023, in the District of Arizona, and elsewhere, Joseph Kwadwo Badu Boateng A.K.A., Dada Joe Remix, a resident of Ghana, knowingly and intentionally combined, conspired, and agreed with other persons known and unknown together with each other to knowingly execute and attempt to execute a scheme or artifice and a scheme or plan to obtain money or property

by means of material false and fraudulent representations and promises, in violation of Title 18, United States Code, Section 1343 (Wire Fraud).

### Manner/Means of the Conspiracy/Scheme to Defraud

2.    The co-conspirators engaged in a romance/inheritance scheme that targeted elderly victims and others from around the world to include victims in Arizona and other states in the United States. In furtherance of the fraud scheme, the co-conspirators pretended to be romantically involved with the victims. Using these romantic relationships as a front, the co-conspirators would provide various fake reasons why money would be needed. The co-conspirators also falsely claimed that they had received an inheritance and that to collect the inheritance a fee would be required.  The co-conspirators falsely represented that they had gold and jewels and that to release such items, taxes and fees or other costs would be required.  In reality, the co-conspirators made these false and fraudulent representations with the intent to defraud solely to obtain the victims' money. These acts were conducted by the co-conspirators for the purpose of defrauding numerous victims out of their money.

3.    As an essential part of the scheme to defraud, and in furtherance of the conspiracy, the co-conspirators knowingly caused to be used at least one or more wire communication that traveled in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 1349.

### COUNT 2

### Conspiracy to Commit Money Laundering

### [18 U.S.C. § 1956(h)]

4.    From a time unknown, but at least from 2013 through March, 2023, in the District of Arizona, and elsewhere, Joseph Kwadwo Badu Boateng A.K.A., Dada Joe Remix, knowingly and intentionally combined, conspired, and agreed with other persons known and unknown, to commit an offense against the United States, to wit: knowingly conduct and attempt to conduct financial transactions involving property that represented

the proceeds of wire fraud, in violation of Title 18, United States Code, Sections 1343, knowing that the property represented the proceeds of some form of illegal activity, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity.

5.     Defendant entered a conspiracy to receive proceeds derived from a romance and inheritance scam that primarily targeted elderly victims.  The victims targeted in the scam were located in various states around the United States and elsewhere to include Arizona. Defendant entered the conspiracy to launder portions of the fraudulent proceeds.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

6.     Upon conviction of the offense in violation of Title 18, United States Code, Section 1349, as set forth in Count One of this Indictment, defendant, Joseph Kwadwo Badu Boateng, A.K.A., Dada Joe Remix, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

7.     Upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h) as set forth in Count Two of this Indictment, defendant, Joseph Kwadwo Badu Boateng, A.K.A., Dada Joe Remix, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all right, title, and interest in any property, real or personal, involved in such offense, or property traceable to such property.

8.     If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been

commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: May 17, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
JONATHAN B. GRANOFF
VINCENT J. SOTTOSANTI
Assistant U.S. Attorneys